# Exhibit A-1



# Notice of Service of Process

null / ALL
**Transmittal Number: 23066327**
Date Processed: 04/16/2021

| | |
|---|---|
| **Primary Contact:** | Cynthia Jones<br>Compass Group North America<br>2400 Yorkmont Rd<br>Charlotte, NC 28217-4511 |
| **Entity:** | Compass Group USA, Inc.<br>Entity ID Number  3289259 |
| **Entity Served:** | Compass Group USA, Inc. |
| **Title of Action:** | Emma Dermody vs. Crothall Healthcare Inc. |
| **Matter Name/ID:** | Emma Dermody vs. Crothall Healthcare Inc. (11147244) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Westchester County Supreme Court, NY |
| **Case/Reference No:** | 52600/2021 |
| **Jurisdiction Served:** | New York |
| **Date Served on CSC:** | 04/15/2021 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | Secretary of State in NY on 03/16/2021 |
| **How Served:** | Certified Mail |
| **Sender Information:** | Ira H. Lapp<br>845-638-3012 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

State of New York - Department of State
Division of Corporations

Party Served:                                    Plaintiff/Petitioner:
 COMPASS GROUP USA, INC.                          DERMODY, EMMA

 C/O CORPORATION SERVICE COMPANY
 80 STATE STREET
 ALBANY,  NY 12207-2543

Dear Sir/Madam:
Enclosed herewith is a legal document which was served upon the Secretary of State on 03/16/2021 pursuant to SECTION 306 OF THE BUSINESS CORPORATION LAW. This copy is being transmitted pursuant to such statute to the address provided for such purpose.

                                              Very truly yours,
                                          Division of Corporations

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** WESTCHESTER
-----------------------------------------------------------------x
EMMA DERMODY,

                        Plaintiff/Petitioner,

    - against -                                 Index No. 52600/2021

CROTHALL HEALTHCARE INC. and
COMPASS GROUP USA, INC.,

                    Defendant/Respondent.
-----------------------------------------------------------------x

## NOTICE OF ELECTRONIC FILING
### (Consensual Case)
(Uniform Rule § 202.5-b)

**You have received this Notice because:**

1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney. (<u>Attorneys</u>: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
  You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.

  <u>If</u> you choose to participate in e-filing, you <u>must</u> have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.

  The **benefits of participating in e-filing** include:

  - serving and filing your documents electronically
  - free access to view and print your e-filed documents
  - limiting your number of trips to the courthouse
  - paying any court fees on-line (credit card needed)

  To register for e-filing or for more information about how e-filing works:

  - visit: www.nycourts.gov/efile-unrepresented or
  - contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

SERVED BY
SERVICO
SINCE 1924
WWW.SERVICO.COM
SPECIALISTS IN ALL LEGAL PAPERS

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**

An attorney representing a party who is served with this notice must either consent or decline consent to electronic filing and service through NYSCEF for this case.

Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile

Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: 03/08/2021

IRA H. LAPP, ESQ.
Name

NEIMARK COFFINAS & LAPP LLP
Firm Name

37 CONGERS RD

NEW CITY, NY 10956
Address

(845)-638-3012/888-735-3525
Phone

tconklin@ncl.law
E-Mail

To:

2/24/20

Index #                    Page 2 of 2                    EF-3

FILED: WESTCHESTER COUNTY CLERK 03/08/2021 03:08 PM	INDEX NO. 52600/2021
NYSCEF DOC. NO. 1	RECEIVED NYSCEF: 03/08/2021

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

| EMMA DERMODY, | Index No.: 52600/2021 |
|---|---|
| Plaintiff(s). | Date Purchased: 03/08/2021 |
| -against- | **SUMMONS** |
| CROTHALL HEALTHCARE INC. and COMPASS GROUP USA, INC., | Plaintiff designates Westchester County as the place of trial. |
| Defendant(s). | The basis of venue is: Plaintiff's Residence |
| | Plaintiff resides at: 130 Nob Hill Drive Elmsford, New York 10523 County of Westchester |

**To the above named Defendants:**

**You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorney(s) within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New City, New York
March 5, 2021

IRA H. LAPP, ESQ.
NEIMARK COFFINAS & LAPP LLP
Attorneys for Plaintiff(s)
EMMA DERMODY
37 Congers Road
New City, New York 10956-5135
(845) 638-3012

TO:
CROTHALL HEALTHCARE INC.
C/O SECRETARY OF STATE

COMPASS GROUP USA, INC.
C/O SECRETARY OF STATE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

EMMA DERMODY,

        Plaintiff(s).

-against-

CROTHALL HEALTHCARE INC. and
COMPASS GROUP USA, INC.,

        Defendant(s).

Index No.: 52600/2021
Date Purchased: 03/08/2021

**VERIFIED COMPLAINT**

  Plaintiff, by her attorneys, **NEIMARK COFFINAS & LAPP LLP**, complaining of the Defendants, respectfully alleges, upon information and belief:

  1. At all times herein mentioned, Plaintiff **EMMA DERMODY** was and still is a resident of the County of Westchester, State of New York.

  2. That at all times hereinafter mentioned, the Defendant **CROTHALL HEALTHCARE INC.** was, and still is, a domestic corporation duly formed and existing under and by virtue of the laws of the State of New York.

  3. That at all times hereinafter mentioned, the Defendant **CROTHALL HEALTHCARE INC.** was, and still is, a foreign corporation duly authorized to conduct and transact business in the State of New York.

  4. That at all times hereinafter mentioned, the Defendant **COMPASS GROUP USA, INC.** was, and still is, a domestic corporation duly formed and existing under and by virtue of the laws of the State of New York.

  5. That at all times hereinafter mentioned, the Defendant **COMPASS GROUP USA, INC.** was, and still is, a foreign corporation duly authorized to conduct and transact business in the State of New York.

  6. On September 8, 2020, Plaintiff **EMMA DERMODY** was lawfully about the

premises located at Westchester Medical Center, 100 Woods Road, Valhalla, New York.

7. On September 8, 2020, Plaintiff **EMMA DERMODY** was lawfully about the interventional radiology room at the premises located at Westchester Medical Center, 100 Woods Road, Valhalla, New York.

8. On September 8, 2020, while Plaintiff **EMMA DERMODY** was lawfully about the aforesaid location, Plaintiff **EMMA DERMODY** was caused to sustain serious and permanent injuries due to the negligent operation of a Stryker bed.

9. That at all times hereinafter mentioned, the Defendant, **CROTHALL HEALTHCARE INC.** owned the aforesaid Stryker bed.

10. That at all times hereinafter mentioned, the Defendant, **CROTHALL HEALTHCARE INC.** was a lessor of the aforesaid Stryker bed.

11. That at all times hereinafter mentioned, the Defendant, **CROTHALL HEALTHCARE INC.** was a lessee of the aforesaid Stryker bed.

12. That at all times hereinafter mentioned, and upon information and belief, the Defendant, **CROTHALL HEALTHCARE INC.** managed the aforesaid Stryker bed.

13. That at all times hereinafter mentioned, and upon information and belief, the Defendant, **CROTHALL HEALTHCARE INC.** controlled the aforesaid Stryker bed.

14. That at all times hereinafter mentioned, and upon information and belief, the Defendant, **CROTHALL HEALTHCARE INC.** maintained the aforesaid Stryker bed.

15. That at all times hereinafter mentioned, and upon information and belief, the Defendant, **CROTHALL HEALTHCARE INC.** operated the aforesaid Stryker bed.

16. That at all times hereinafter mentioned, and upon information and belief, the Defendant, **CROTHALL HEALTHCARE INC.** repaired the aforesaid Stryker bed.

17. That at all times hereinafter mentioned, the Defendant, **COMPASS GROUP USA, INC.** owned the aforesaid Stryker bed.

18. That at all times hereinafter mentioned, the Defendant, **COMPASS GROUP USA, INC.** was a lessor of the aforesaid Stryker bed.

19. That at all times hereinafter mentioned, the Defendant, **COMPASS GROUP USA, INC.** was a lessee of the aforesaid Stryker bed.

20. That at all times hereinafter mentioned, and upon information and belief, the Defendant, **COMPASS GROUP USA, INC.** managed the aforesaid Stryker bed.

21. That at all times hereinafter mentioned, and upon information and belief, the Defendant, **COMPASS GROUP USA, INC.** controlled the aforesaid Stryker bed.

22. That at all times hereinafter mentioned, and upon information and belief, the Defendant, **COMPASS GROUP USA, INC.** maintained the aforesaid Stryker bed.

23. That at all times hereinafter mentioned, and upon information and belief, the Defendant, **COMPASS GROUP USA, INC.** operated the aforesaid Stryker bed.

24. That at all times hereinafter mentioned, and upon information and belief, the Defendant, **COMPASS GROUP USA, INC.** repaired the aforesaid Stryker bed.

25. The above mentioned occurrence, and the results thereof, were caused by the joint, several and concurrent negligence of the Defendants and/or said Defendants' agents, servants, employees and/or licensees in the ownership, operation, management, repair, maintenance and control of the aforesaid Stryker bed.

26. That no negligence on the part of the Plaintiff contributed to the occurrence alleged herein in any manner whatsoever.

27. That as a result of the foregoing, Plaintiff was caused to sustain serious injuries and to have suffered pain, shock, mental anguish; that these injuries and their effects will be permanent; as a result of said injuries Plaintiff was caused, and will continue to be caused, to incur expenses for medical care and attention; and Plaintiff was, and will continue to be, rendered unable to perform Plaintiff's normal activities and duties and has sustained a resultant loss therefrom.

28. That this action falls within one or more of the exceptions as set forth in CPLR Section 1602.

29. That by reason of the negligence of the Defendants the Plaintiff **EMMA DERMODY** sustained damages which exceed the jurisdictional limits of all lower Courts which

would otherwise have jurisdiction.

**WHEREFORE,** Plaintiff demands judgment against the Defendants herein in a sum exceeding the jurisdictional limits of all lower courts which would otherwise have jurisdiction, together with the costs and disbursements of this action.

Dated: New City, New York
      March 5, 2021

                                                                  IRA H. LAPP, ESQ.
                                                                  NEIMARK COFFINAS & LAPP LLP
                                                                  Attorneys for Plaintiff(s)
                                                                  EMMA DERMODY
                                                                  37 Congers Road
                                                                  New City, New York 10956-5135
                                                                  (845) 638-3012

FILED: WESTCHESTER COUNTY CLERK 03/08/2021 03:08 PM        INDEX NO. 52600/2021
NYSCEF DOC. NO. 1                                           RECEIVED NYSCEF: 03/08/2021

## ATTORNEY'S VERIFICATION

IRA H. LAPP, an attorney duly admitted to practice before the Courts of the State of New York, affirms the following to be true under the penalties of perjury: I am an attorney at NEIMARK COFFINAS & LAPP LLP, attorneys of record for Plaintiff(s), EMMA DERMODY. I have read the annexed **COMPLAINT** and know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon facts, records, and other pertinent information contained in my files.

This verification is made by me because Plaintiff is not presently in the county wherein I maintain my offices.

DATED:   New City, New York
         March 5, 2021

                                            _____
                                                    IRA H. LAPP

Case 7:21-cv-05838 Document 2-1 Filed 07/07/21 Page 13 of 14

FILED: WESTCHESTER COUNTY CLERK 03/08/2021 03:08 PM | INDEX NO. 52600/2021
NYSCEF DOC. NO. 1 | RECEIVED NYSCEF: 03/08/2021

Index #: 52600/2021
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

---

EMMA DERMODY,

                Plaintiff(s),

    -against-

CROTHALL HEALTHCARE INC. and COMPASS GROUP USA, INC.,

                Defendant(s).

---

### SUMMONS AND VERIFIED COMPLAINT

---

**NC&L** Neimark Coffinas & Lapp LLP

*Attorneys for Plaintiff(s)*
37 Congers Road
New City, New York 10956-5135
(845) 638-3012

**DEPARTMENT OF STATE**
 One Commerce Plaza
 99 Washington Avenue
 Albany, NY 12231-0001

**Return Services Requested**

U.S. POSTAGE PITNEY BOWES
ZIP 12231
02 1W
0001391331 APR 13 2021



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**USPS CERTIFIED MAIL**

9214 8969 0059 7933 3982 73

202104090963
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY NY, 12207-2543