USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMA DERMODY,

                    Plaintiff,

     -against-

CROTHALL HEALTHCARE INC. and
COMPASS GROUP USA INC.,

                    Defendants.

Case No. 21-cv-5838 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The Court having been advised that all claims asserted herein have been settled, it is

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to

either party, subject to reopening should the settlement not be consummated within forty-five

(45) days of the date hereof.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for

purposes of enforcing any settlement agreement, they must submit the settlement agreement to

the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

Dated:   October 2, 2023                          SO ORDERED:
         White Plains, New York

         ____                                     NELSON S. ROMÁN
                                                  United States District Judge